UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JAVIER ROBLEDO PEREZ, a/k/a "JP," a/k/a "Chapito,"<br>(2) CARLOS ALFREDO LONGORIA, and<br>(3) VICENTE CASTRO, III, a/k/a "Charro,"<br><br>Defendants | Criminal No. 20-cr-40028-TSHs<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Five Kilograms or More of Cocaine<br>(21 U.S.C. § 846)<br><br>Count Two: Possession with Intent to Distribute Five Kilograms or More of Cocaine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii))<br><br>Count Three: Distribution of and Possession with Intent to Distribute Five Kilograms or More of Cocaine; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii); 18 U.S.C. § 2)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

SUPERSEDING INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Five Kilograms or More of Cocaine
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about January 2020 through in or about February 2021, in Charlton, Boston, and Revere, in the District of Massachusetts, and elsewhere, the defendants,

(1) JAVIER ROBLEDO PEREZ, a/k/a "JP," a/k/a "Chapito,"
(2) CARLOS ALFREDO LONGORIA, and
(3) VICENTE CASTRO, III, a/k/a "Charro,"

conspired with each other and with other persons known and unknown to the Grand Jury, to

1

knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) JAVIER ROBLEDO PEREZ, a/k/a "JP," a/k/a "Chapito"; (2) CARLOS ALFREDO LONGORIA; and (3) VICENTE CASTRO, III, a/k/a "Charro." Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to defendants (1) JAVIER ROBLEDO PEREZ, a/k/a "JP," a/k/a "Chapito"; (2) CARLOS ALFREDO LONGORIA; and (3) VICENTE CASTRO, III, a/k/a "Charro."

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Possession with Intent to Distribute
Five Kilograms or More of Cocaine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii))

The Grand Jury further charges:

On or about May 24, 2020, in Charlton, in the District of Massachusetts, and elsewhere, the defendant,

(1) JAVIER ROBLEDO PEREZ, a/k/a "JP," a/k/a "Chapito"

did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).

## COUNT THREE
Distribution of and Possession with Intent to Distribute
Five Kilograms or More of Cocaine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about January 25, 2021, in Boston, in the District of Massachusetts, and elsewhere, the defendants,

>(2) CARLOS ALFREDO LONGORIA, and
>(3) VICENTE CASTRO, III, a/k/a "Charro,"

did knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One through Three of this Superseding Indictment, the defendants,

>    (1) JAVIER ROBLEDO PEREZ, a/k/a "JP," a/k/a "Chapito,"
>    (2) CARLOS ALFREDO LONGORIA, and
>    (3) VICENTE CASTRO, III, a/k/a "Charro,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants -

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ALATHEA E. PORTER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH __2__, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
_____
DEPUTY CLERK
                            at 12:00 PM